1  TIMOTHY COURCHAINE
   Acting United States Attorney
2  District of Arizona

3  MATTHEW WILLIAMS
   Assistant United States Attorney
4  Arizona State Bar No. 029059
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: Matthew.Williams3@usdoj.gov
7
   LORINDA LARYEA
8  Acting Chief, Fraud Section
   United States Department of Justice
9
   WILLIAM HOCHUL III
10 SHANE BUTLAND
   Trial Attorneys
11 Criminal Division, Fraud Section
   U.S. Department of Justice
12 1400 New York Avenue NW
   Washington, D.C. 20005
13 Telephone: 202-538-4256
   Email: william.hochul.iii@usdoj.gov
14 *Attorneys for Plaintiff*

15            IN THE UNITED STATES DISTRICT COURT

16              FOR THE DISTRICT OF ARIZONA

17

18  United States of America,           No. CR-    **CR-25-00915-PHX-SMB (ESW)**

19                 Plaintiff,                       **NOTICE OF RELATED CASES**

20         vs.

21

22  1.    Tyler Kontos,

23  2.    Joel Max Kupetz,
          a/k/a Max Kupetz
24

25  3.    Jorge Kinds,

26                 Defendants.

27

28         Pursuant to Local Rule 5.1, the United States of America, by and through its

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1   attorneys undersigned, hereby gives notice to the court that this case is directly related to

2   another pending criminal case, *United Staes v. Alexandra Gehrke and Jeffrey King* (CR-

3   24-01040-PHX-ROS), *United Staes v. Bethany Jameson* (CR-24-01068-PHX-DWL),

4   *United Staes v. Carlos Ching* (CR-24-01075-PHX-GMS), and *United Staes v. Daylon*

5   *Bennett* (CR-25-00090-PHX-DWL).

6          Respectfully submitted this 18th day of June, 2025.

7

8                                              TIMOTHY COURCHAINE
                                               United States Attorney
9                                              District of Arizona

10

11          *s/Matthew Williams*
                                               MATTHEW WILLIAMS
12                                             Assistant U.S. Attorney

13                                             LORINDA LARYEA
                                               Acting Chief, Fraud Section
14                                             United States Department of Justice

15          *s/Shane Butland*

16                                             WILLIAM HOCHUL III
                                               SHANE BUTLAND
17                                             Trial Attorneys
                                               Department of Justice, Fraud Section

18

19

20

21

22

23

24

25

26

27

28

- 2 -