| | |
|---|---|
| 1 | |
| 2 | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
| 3 | |
| 4 | MATTHEW WILLIAMS<br>Assistant U.S. Attorney<br>Arizona State Bar No. 029059 |
| 5 | Two Renaissance Square<br>40 N. Central Ave., Suite 1800 |
| 6 | Phoenix, Arizona 85004<br>Telephone: 602-514-7500 |
| 7 | Email: matthew.williams3@usdoj.gov |
| 8 | |
| 9 | LORINDA LARYEA<br>Acting Chief |
| 10 | Criminal Division, Fraud Section<br>U.S. Department of Justice |
| 11 | MATTHEW TURNELL |
| 12 | Trial Attorney<br>Criminal Division, Fraud Section |
| 13 | U.S. Department of Justice<br>1400 New York Avenue NW |
| 14 | Washington, D.C. 20530<br>Telephone: 202-839-7668 |
| 15 | Email: matthew.turnell@usdoj.gov<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-25-00915-PHX-SMB |
| Plaintiff, | |
| v. | **NOTICE OF ATTORNEY APPEARANCE** |
| 1. Tyler Kontos,<br>2. Joel Max Kupetz, and<br>3. Jorge Kinds, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, hereby files this Notice of Attorney Appearance, designating Matthew Turnell, Trial Attorney,

United States Department of Justice, Criminal Division, Fraud Section, as an attorney for the United States in this matter, as a member of the Filter Team.

Respectfully submitted,

LORINDA LARYEA
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:   *Matthew Turnell*
      MATTHEW TURNELL
      Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice

Dated: December 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 2, 2025, I filed and served the foregoing document via the CM/ECF system with the Clerk of the Court and with counsel for Defendants Kontos, Kupetz, and Kinds.

By: *Matthew Turnell*
    MATTHEW TURNELL