RONALD W. CHAPMAN II, *PHV*
MI Bar No. P73179
THE CHAPMAN FIRM
1300 Broadway St., FL 7
Detroit, Michigan 48226
T: (346) 242-7626
ron@chapmanandassociates.com

*Attorney for Defendant Kupetz*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Tyler Kontos,<br>2. Joel Max Kupetz, and<br>3. Jorge Kinds,<br>Defendants. | No. CR-25-00915-PHX-SMB<br>**[PROPOSED] ORDER** |

Upon consideration of Defendant Joel Max Kupetz's Motion to Vacate, or in the Alternative, to Modify Seizure Warrants, the Government's response, and the record in this matter,

**IT IS ORDERED** that:

Defendant's Motion is **GRANTED**, and the seizure warrants issued in this matter are **VACATED**, and the Government shall promptly return the seized property to Defendant; **OR, IN THE ALTERNATIVE,**

Defendant's Motion is **GRANTED IN PART** as follows:

1. The seizure warrants are **MODIFIED** to require the release of all assets not shown to be traceable to criminal conduct;

2. Any remaining restraint on property shall be converted to a temporary protective order pursuant to 21 U.S.C. § 853(e), preserving the status quo without dispossession of property; and
3. The Court shall conduct a post-seizure hearing to determine the continued basis for any remaining restraint.

**IT IS SO ORDERED.**

Dated this _____ day of January, 2026.

________________________________
HON. SUSAN M. BRNOVICH
UNITED STATES DISTRICT JUDGE